No. P68/503.—General Electric Co. and Globe Shipping Co. et al. *v.* United States, protests 66/914, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of X-ray apparatus similar in all material respects to those the subject of *Tice & Lynch, Inc.* v. *United States* (57 Cust. Ct. 516, C.D. 2862), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 4, 1968

No. P68/504.—Arthur J. Fritz & Co. et al. *v.* United States, protests 62/690, etc. (Honolulu).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wooden doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), the claim of the plaintiffs was sustained.

No. P68/505.—John A. Steer Co. *v.* United States, protests 67/65488, etc. (Philadelphia).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of coordinatographs or parts, dedicated for use therewith, in chief value of metal, similar in all material respects to those the subject of *John A. Steer Company* v. *United States* (53 CCPA 67, C.A.D. 879), the claim of the plaintiff was sustained.

No. P68/506.—Hudson Merchandise Co. *v.* United States, protests 65/20884 and 66/7086 (New York).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of "sandtimers" similar in all material respects to those the subject of *Hudson Merchandise Co.* v. *United States* (59 Cust. Ct. 67, C.D. 3075), the claim of the plaintiff was sustained.